UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISALYN MARTIN-QUIGLEY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01464-RFB-VCF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 21) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered February 1, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 15, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1      **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 21) is ACCEPTED and ADOPTED in full.

     **IT IS FURTHER ORDERED** that A.Q.'s Motion for Reversal and Remand (ECF No. 15) is GRANTED IN PART. The matter is remanded for the ALJ to properly evaluate the opinions of Dr. Weber, Dr. Minuskin, and Dr. Hall and to obtain new relevant evidence to determine whether A.Q. has been disabled since March 22, 2011.

     **IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion to Affirm (ECF No. 17) is DENIED.

     DATED: April 16, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**